**Brigitte BOUCHARD, Appellant,**

v.

**Joseph E. BOUCHARD, Appellee.**

No. 2245.

Municipal Court of Appeals for the District of Columbia.

Argued Nov. 3, 1958.

Decided Feb. 9, 1959.

1. See Annotation, 61 A.L.R.2d 677, and cases cited therein.

William H. Clarke, Washington, D. C., for appellant.

Joseph V. Gartlan, Jr., Washington, D. C., with whom S. Anthony diCiero and Leonard S. Melrod, Washington, D. C., were on the brief, for appellee.

Before ROVER. Chief Judge, QUINN, Associate Judge, and CAYTON (Chief Judge, Retired) sitting by designation under Code, § 11–770(b).

QUINN, Associate Judge.

Appellant brought this suit to obtain custody of her two-year-old son from appellee, her husband. Also named as defendants below were Emile and Beatrice Bouchard, appellee's parents, with whom he and the child were living. The trial judge refused to grant her custody and this appeal followed.

As has been stated many times, the award of custody of a child is committed almost exclusively to the discretion of the trial judge, and only a showing of manifest abuse of that discretion will cause an appellate court to reverse. The record before us discloses no abuse of any kind.

Affirmed.